**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| DARRYL A. SELAND, | : | Case No. 19-14630 (JKF) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE FOR THE**
**OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION TO**
**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN DATED JULY 24, 2019**

I, Corinne Samler Brennan, Esquire, hereby certify that a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Confirmation of the Debtor's Chapter 13 Plan will be served on the 20th day of August, 2019 upon the following parties via the CM/ECF System of this Court, and on the 20th day of August, 2019 upon the following parties in interest via U.S. Mail:

<u>Via U.S. Mail</u>
Darryl A. Seland
567 Summit House
West Chester, PA 19382

<u>Via CM/ECF</u>
Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
ecf_frpa@trustee13.com

Gary E. Thompson, Esquire
get24esq@aol.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

PHIL1 8172365v.1

|  |  |
|---|---|
|  | KLEHR | HARRISON | HARVEY| BRANZBURG LLP |
| By: | */s/Corinne Samler Brennan* |
|  | Corinne Samler Brennan, Esquire |
|  | 1835 Market Street, Suite 1400 |
|  | Philadelphia, PA 19103 |
|  | Telephone: (215) 569-3393 |
|  | *Counsel to Franklin Mint Federal Credit Union* |

PHIL1 8172365v.1