Certificate Number: 01401-PAE-DE-033297822

Bankruptcy Case Number: 19-14630



01401-PAE-DE-033297822

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2019, at 10:15 o'clock PM EDT, Darryl A Seland completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 23, 2019             By:   /s/Jeremy_Lark

Name:   Jeremy_Lark

Title:   FCC Manager