**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Darryl Seland | **:   CHAPTER 13** |
| Debtors | **:   BANKRUPTCY NO.  19-14630** |

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 12/18/19

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix