UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DARRYL A. SELAND<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-14630-JKF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 19th day of December, 2019, by first class mail upon those listed below:

DARRYL A. SELAND
567 SUMMIT HOUSE
WEST CHESTER, PA  19382

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
150 E SWEDESFORD ROAD
1ST FLOOR
WAYNE, PA  19087

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee