IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DARRYL A. SELAND, | : | Case No. 19-14630 (JKF) |
| | : | |
| Debtor | : | |
| | : | |

**PRAECIPE TO WITHDRAW
OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION TO
CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN DATED JULY 24, 2019**

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of

Debtor's Chapter 13 Plan dated July 24, 2019 (Doc. No. 12) without prejudice.

                                         Respectfully submitted:

                                         KLEHR | HARRISON | HARVEY|
                                         BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
           Corinne Samler Brennan, Esquire
           1835 Market Street, Suite 1400
           Philadelphia, PA 19103
           Telephone: (215) 569-3393

           *Counsel to Franklin Mint Federal
           Credit Union*

Dated: January 14, 2020

PHIL1 8606361v.1