IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: DARRYL A. SELAND                )
    **Debtor(s)**                              )
                                                  )   CHAPTER 13
KIA MOTORS FINANCE                )
    **Moving Party**                        )   Case No.: 19-14630 (JKF)
                                                  )
    v.                                          )   **Hearing Date:  2-12-20 at 9:30 AM**
                                                  )
DARRYL A. SELAND                      )   11 U.S.C. 362
    **Respondent(s)**                        )
                                                  )
SCOTT F. WATERMAN                 )
    **Trustee**                                   )
                                                  )
                                                  )

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

    Upon the motion of Kia Motors Finance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Hyundai Elantra** bearing vehicle identification number 5NPD84LF3HH095864 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  2/12/20

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon