## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                           **Chapter 13**

**DARRYL A. SELAND**

        **Debtor**                          **Case No. 19-14630-JKF**

_____

**JEFFREY SNYDER**

        **Debtor**                          **Case No. 19-15808-JKF**


_____

## <u>ORDER</u>

AND NOW, IT APPEARING that an Order was entered on June 15, 2020 granting the Application for Compensation of Gary E. Thompson which was docketed on the incorrect docket on <u>Jeffrey Snyder 19-15808-JKF</u> (Doc. #39), and it

FURTHER APPEARING that an Order granting the Application for Compensation of Gary E. Thompson was entered appropriately in <u>Darryl A. Seland 19-14630-JKF</u> on March 23, 2020 (Doc. #44), it is hereby

ORDERED that the Order dated June 15, 2020 and docketed on <u>Jeffrey Snyder 19-15808-JKF</u> (Doc. #39), is VACATED having been docketed on the incorrect docket and entered in error.

Dated: June 18, 2020

_____
  JEAN K. FITZSIMON
  United States Bankruptcy Judge