United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-14630-jkf
Darryl A. Seland                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 1                  Date Rcvd: Jun 18, 2020
                                  Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Darryl A. Seland,    567 Summit House,    West Chester, PA 19382-6559
cr             +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 19 2020 04:27:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   swenitsky@klehr.com
        GARY E. THOMPSON    on behalf of Debtor Darryl A. Seland get24esq@aol.com
        REBECCA ANN SOLARZ    on behalf of Creditor    STATE FINANCIAL NETWORK bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Kia Motors Finance ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 13 |
| DARRYL A. SELAND | |
| Debtor | Case No. 19-14630-JKF |
| JEFFREY SNYDER | |
| Debtor | Case No. 19-15808-JKF |

## ORDER

AND NOW, IT APPEARING that an Order was entered on June 15, 2020 granting the Application for Compensation of Gary E. Thompson which was docketed on the incorrect docket on Jeffrey Snyder 19-15808-JKF (Doc. #39), and it

FURTHER APPEARING that an Order granting the Application for Compensation of Gary E. Thompson was entered appropriately in Darryl A. Seland 19-14630-JKF on March 23, 2020 (Doc. #44), it is hereby

ORDERED that the Order dated June 15, 2020 and docketed on Jeffrey Snyder 19-15808-JKF (Doc. #39), is VACATED having been docketed on the incorrect docket and entered in error.

Dated: June 18, 2020

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge