| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14630-AMC

DARRYL A. SELAND
567 SUMMIT HOUSE
WEST CHESTER  PA    19382

Petition Filed Date: 07/24/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2019 | $175.00 | Automatic Pay | 09/23/2019 | $175.00 | Automatic Pay | 10/23/2019 | $175.00 | |
| 11/22/2019 | $175.00 | | 12/26/2019 | $175.00 | | 01/23/2020 | $175.00 | |
| 02/25/2020 | $211.00 | | 03/23/2020 | $211.00 | | 04/22/2020 | $211.00 | |
| 05/22/2020 | $211.00 | | 06/22/2020 | $211.00 | | 07/22/2020 | $211.00 | |

**Total Receipts for the Period: $2,316.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,316.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MOHELA ON BEHALF OF »» 001 | Unsecured Creditors | $57,207.99 | $0.00 | $57,207.99 |
| 2 | FIRST NATIONAL BANK OMAHA »» 002 | Unsecured Creditors | $1,380.73 | $0.00 | $1,380.73 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $8,418.13 | $0.00 | $8,418.13 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $4,907.99 | $0.00 | $4,907.99 |
| 5 | FRANKLIN MINT FEDERAL CU »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $26,515.05 | $0.00 | $26,515.05 |
| 7 | MERRICK BANK »» 007 | Unsecured Creditors | $5,758.03 | $0.00 | $5,758.03 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $11,191.16 | $0.00 | $11,191.16 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,401.52 | $0.00 | $5,401.52 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $362.69 | $0.00 | $362.69 |
| 11 | STATE FINANCIAL NETWORK LLC »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | HYUNDAI MOTOR FINANCE COMPANY »» 012 | Secured Creditors | $886.38 | $886.38 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 19-14630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,316.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $1,886.38 | Arrearages: | $36.00 |
| Paid to Trustee: | $217.00 | Total Plan Base: | $12,480.00 |
| Funds on Hand: | $212.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.