Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-14630-AMC

DARRYL A. SELAND  
567 SUMMIT HOUSE  
WEST CHESTER  PA    19382

Petition Filed Date: 07/24/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $211.00 | | 05/24/2021 | $211.00 | | 06/22/2021 | $211.00 | |
| 07/22/2021 | $211.00 | | 08/23/2021 | $211.00 | | 09/22/2021 | $211.00 | |
| 10/22/2021 | $211.00 | | 11/22/2021 | $211.00 | | 12/22/2021 | $211.00 | |
| 01/25/2022 | $211.00 | | 02/23/2022 | $211.00 | | 03/22/2022 | $211.00 | |
| 04/25/2022 | $211.00 | | 05/23/2022 | $211.00 | | 06/24/2022 | $211.00 | |
| 07/25/2022 | $211.00 | | | | | | | |

**Total Receipts for the Period: $3,376.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,380.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $57,207.99 | $2,175.30 | $55,032.69 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $1,380.73 | $48.21 | $1,332.52 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $8,418.13 | $320.09 | $8,098.04 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,907.99 | $186.61 | $4,721.38 |
| 5 | FRANKLIN MINT FEDERAL CU<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $26,515.05 | $1,008.21 | $25,506.84 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $5,758.03 | $218.94 | $5,539.09 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $11,191.16 | $425.57 | $10,765.59 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,401.52 | $205.41 | $5,196.11 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $362.69 | $0.00 | $362.69 |
| 11 | STATE FINANCIAL NETWORK LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 12S | Secured Creditors | $886.38 | $886.38 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 13 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 12U | Unsecured Creditors | $2,533.91 | $56.12 | $2,477.79 |

Chapter 13 Case No. 19-14630-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,380.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $6,530.84 | Arrearages: | $36.00 |
| Paid to Trustee: | $636.89 | Total Plan Base: | $12,480.00 |
| Funds on Hand: | $212.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.