IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| DARRYL A. SELAND, | : | Case No. 19-14630 (AMC) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

### CERTIFICATE OF SERVICE FOR THE
### MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION
### FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362(d) FOR THE LIMITED PURPOSE
### OF SEEKING REINSTATEMENT OF AN ERRANTLY SATISFIED MORTGAGE
### AND A WAIVER OF THE FOURTEEN DAY STAY OF SUCH ORDER

I, Corinne Samler Brennan, Esquire, hereby certify that a true and correct copy of the foregoing Motion of Franklin Mint Federal Credit Union for an Order Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d) for the Limited Purpose of Seeking Reinstatement of an Errantly Satisfied Mortgage and a Waiver of the Fourteen Day Stay of Such Order was served on this 22nd day of September, 2022 upon the following parties via the CM/ECF System of this Court, and on the 22nd day of September, 2022 upon the following parties in interest via U.S. Mail:

<u>Via U.S. Mail</u>
Darryl A. Seland
567 Summit House
West Chester, PA 19382

<u>Via CM/ECF</u>
Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
ecf_frpa@trustee13.com

Gary E. Thompson, Esquire
get24esq@aol.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

10185776.v1

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By: */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

10185776.v1