United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14630-amc |
| Darryl A. Seland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 28, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Darryl A. Seland, 567 Summit House, West Chester, PA 19382-6559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: EBNBKNOT@ford.com | Sep 28 2022 23:25:00 | Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor STATE FINANCIAL NETWORK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 4

CORINNE SAMLER BRENNAN
    on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

GARY E. THOMPSON
    on behalf of Debtor Darryl A. Seland get24esq@aol.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Kia Motors Finance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : Chapter 13 : DARRYL A. SELAND, : Case No. 19-14630 (AMC) : Debtor : | |

**STIPULATION AND ORDER RESOLVING THE
MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION
FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362(d) FOR THE LIMITED PURPOSE
OF SEEKING REINSTATEMENT OF AN ERRANTLY SATISFIED MORTGAGE
AND A WAIVER OF THE FOURTEEN DAY STAY OF SUCH ORDER**

It is hereby stipulated by and between Franklin Mint Federal Credit Union ("FMFCU") and debtor Darryl A. Seland (the "Debtor") that the Motion of Franklin Mint Federal Credit Union for an Order Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d) for the Limited Purpose of Seeking Reinstatement of an Errantly Satisfied Mortgage and a Waiver of the Fourteen Day Stay of Such Order (the "Motion") shall be resolved as follows (the "Stipulation"):

**BACKGROUND**

1. On or about May 26, 2017, FMFCU made certain loans, advances, and extensions of credit to the Debtor in an amount not to exceed $39,000.000 pursuant to the terms of that certain Note for Loans Secured by Real Estate.

2. In consideration for the Loan, the Debtor gave a mortgage in favor of FMFCU on certain real property known as and located at 567 Summit House, West Chester, PA 19382. The Mortgage was recorded in the Chester County Recorder of Deeds on June 16, 2017 in Book 9560, Page 1627 at Instrument No. 11549106.[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

10188821.v1

3. On July 24, 2019, the Debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 of the United States Code. As of the Petition Date, FMFCU held, among other things, a claim secured by the Mortgage on the Property in an amount no less than $37,096.53.

4. On or about September 16, 2022, FMFCU learned that the Mortgage had been inadvertently satisfied upon the filing of a Mortgage Satisfaction Piece with the Recorder of Deeds one day earlier on September 15, 2022 in Book 10947, Page 931 at Instrument No. 11945686.

5. The parties wish to settle the Motion in the form of this Stipulation to be entered as an order of the Court.

**AGREEMENT**

6. The Background set forth above is incorporated herein by reference as if set forth fully herein.

7. FMFCU, along with any successors, assigns, and/or authorized representatives, is hereby granted relief from the automatic stay for the sole and limited purpose of pursuing the reinstatement and/or re-recording of the lien of the mortgage given by the Debtor in favor of FMFCU dated May 26, 2017 on certain real property known as and located at 567 Summit House, West Chester, PA 19382, which Mortgage was originally recorded in the Chester County Recorder of Deeds on June 16, 2017 in Book 9560, Page 1627 at Instrument No. 11549106, by any lawful means necessary.

8. The Debtor (a) consents to the relief sought by the Motion; (b) agrees to accept service of a summons and complaint issued and filed, respectively, for the purpose of carrying out the terms of this Stipulation; and (c) agrees not to oppose any action commenced by FMFCU for the purposes of carrying out the terms of this Stipulation.

10188821.v1

9. This order shall survive the conversion, dismissal, or termination of this bankruptcy case, and shall be binding upon the Debtor and any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the Debtor.

10. This order is not stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and is effective immediately.

                                                                                         KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By: */s/Gary E. Thompson*      By: */s/Corinne Samler Brennan*
      Gary E. Thompson, Esquire            Corinne Samler Brennan, Esquire
      150 E. Swedesford Road, 1st Floor     1835 Market Street, Suite 1400
      Wayne, PA 19087                             Philadelphia, PA 19103

      *Counsel to Darryl A. Seland*            *Counsel to Franklin Mint Federal Credit Union*

NO OBJECTION, WITHOUT PREJUDICE
TO ANY RIGHTS OR REMEDIES:

*/s/Ann E. Swartz, Esquire*
Office of the Chapter 13 Standing Trustee

                                                                                         SO ORDERED:

**Date: September 28, 2022**                    HON. ASHELY M. CHAN
                                                                      United States Bankruptcy Judge

10188821.v1