Certificate Number: 05781-PAE-DE-038800201

Bankruptcy Case Number: 19-14630



05781-PAE-DE-038800201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2024, at 4:56 o'clock PM PDT, Darryl Seland completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 24, 2024                        By:    /s/Allison M Geving

                                               Name:  Allison M Geving

                                               Title: President