| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-14630-AMC

DARRYL A. SELAND
567 SUMMIT HOUSE
WEST CHESTER  PA     19382

Petition Filed Date: 07/24/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $211.00 | | 09/22/2023 | $211.00 | | 10/23/2023 | $211.00 | |
| 11/22/2023 | $211.00 | | 12/22/2023 | $211.00 | | 01/23/2024 | $211.00 | |
| 02/23/2024 | $211.00 | | 03/22/2024 | $211.00 | | 04/22/2024 | $211.00 | |
| 05/22/2024 | $211.00 | | 06/25/2024 | $211.00 | | 07/22/2024 | $211.00 | |

**Total Receipts for the Period:  $2,532.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,444.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $57,207.99 | $4,393.98 | $52,814.01 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $1,380.73 | $95.50 | $1,285.23 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $8,418.13 | $646.54 | $7,771.59 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $4,907.99 | $376.94 | $4,531.05 |
| 5 | FRANKLIN MINT FEDERAL CU<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $26,515.05 | $2,036.52 | $24,478.53 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $5,758.03 | $442.26 | $5,315.77 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $11,191.16 | $859.63 | $10,331.53 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,401.52 | $414.90 | $4,986.62 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $362.69 | $15.53 | $347.16 |
| 11 | STATE FINANCIAL NETWORK LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 12S | Secured Creditors | $886.38 | $886.38 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 13 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 12U | Unsecured Creditors | $2,533.91 | $152.04 | $2,381.87 |

**Chapter 13 Case No. 19-14630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,444.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $11,320.22 | Arrearages: | $36.00 |
| Paid to Trustee: | $1,096.87 | Total Plan Base: | $12,480.00 |
| Funds on Hand: | $26.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.