Certificate Number: 05781-PAE-DE-038800201

Bankruptcy Case Number: 19-14630



05781-PAE-DE-038800201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 24, 2024</u>, at <u>4:56</u> o'clock <u>PM PDT</u>, <u>Darryl Seland</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 24, 2024                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President