United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darryl A. Seland  
    Debtor

Case No. 19-14630-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 31, 2024      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl A. Seland, 567 Summit House, West Chester, PA 19382-6559 |
| 14362090 | + | Buy Power, Capital One, POB 30256, Salt Lake City, UT 84130-0256 |
| 14362095 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, POB 182676, Columbus, OH 43218 |
| 14362091 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14373684 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pa 19103-2945 |
| 14460825 | + | Kia Motor Finace, c/o William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 14362100 | + | State Financial, 5 Hillman Drive, Chadds Ford, PA 19317-9752 |
| 14375672 | + | State Financial Network, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362089 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2024 00:08:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14386951 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 01 2024 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14397559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2024 00:24:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14371082 | | Email/Text: mrdiscen@discover.com | Nov 01 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14362092 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 01 2024 00:09:00 | First National Bank Of Omaha, POB 2557, Omaha, NE 68103 |
| 14366092 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 01 2024 00:09:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14362093 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 01 2024 00:08:00 | Franklin Mint FCU, 1974 Sproul Road, Ste 300, Broomall, PA 19008 |
| 14405804 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 00:09:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 14362096 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 00:09:00 | Hyundai Finance, POB 660891, Dallas, TX 75266-0891 |
| 14459783 | + | Email/Text: EBNBKNOT@ford.com | Nov 01 2024 00:09:00 | Kia Motors Finance, PO Box 20825, Fountain |

Case 19-14630-amc   Doc 73   Filed 11/02/24   Entered 11/03/24 00:40:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Valley, CA 92728-0825 |
| 14385235 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:23:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14362098 | | Email/Text: EBN@Mohela.com | Nov 01 2024 00:09:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14365232 | | Email/Text: EBN@Mohela.com | Nov 01 2024 00:09:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14362097 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:24:09 | Merrick Bank, POB 660702, Dallas, TX 75266-0702 |
| 14362099 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 01 2024 00:24:09 | Navient Solutions, NY Higher Education Services, 220 Lasley Avenue, Wilkes-Barre, PA 18706-1430 |
| 14383332 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 01 2024 00:09:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14396107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:23:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14399421 | + | Email/Text: randall.jackson@statefinancialnetwork.com | Nov 01 2024 00:09:00 | State Financial Network, 5 Hillman Drive, Suite 300, Chadds Ford, PA 19317-9752 |
| 14370716 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2024 00:09:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14362094 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint FCU, 1974 Sproul Road, Ste 300, Broomall, PA 19008 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor STATE FINANCIAL NETWORK bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

GARY E. THOMPSON
    on behalf of Debtor Darryl A. Seland get24esq@aol.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Kia Motors Finance wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

*Form 138OBJ* (6/24)−doc 72 − 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Darryl A. Seland  )  Case No. 19−14630−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 31, 2024                  For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court